**Information to identify the case:**

Debtor: **Bitex, LLC**
Name

EIN **83–1257653**

United States Bankruptcy Court   **District of Utah**
Case number:   **20–24133   JTM**

Date case filed for chapter **7:   7/8/20**

## Official Form 309C (For Corporations or Partnerships) (12/15)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Case status information is available at no charge through "Simple Case Lookup" on the court's website (www.utb.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029 #85.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Bitex, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 5252 N Edgewood Drive Ste 275<br>Provo, UT 84604 | |
| **4. Debtor's attorney**<br>Name and address | Nathan E. Burdsal<br>Pacific Legal Group<br>1979 North 1120 West<br>Provo, UT 84604 | Contact phone 801–788–4122<br><br>Email: nate@abflegal.com |
| **5. Bankruptcy trustee**<br>Name and address | Philip G. Jones tr<br>1215 South Main Street<br>Orem, UT 84058 | Contact phone (801) 358–7968<br><br>Email: trustee@theo7.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**August 10, 2020 at 10:30 AM**<br><br>Location:<br>**Dial: (877) 991–2540 Ten Min Before Mtg, Participant Code: 1365512, By Teleconference (See Attached Notice for Instructions)** |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**
Date Generated: 7/17/20

# IMPORTANT
## READ THIS WELL BEFORE YOUR MEETING OF CREDITORS

**In an effort to contain the spread of Covid−19, until further notice, all Chapter 7, 11 and 12 meetings of creditors will be conducted by telephone. Debtors, attorneys, creditors, and others CANNOT APPEAR IN PERSON.**

**To participate in the meeting of creditors scheduled in this case, 10 minutes before the scheduled time, call the toll−free number listed in the 341 notice and use the participant code. Do not call any earlier than 10 minutes before your scheduled meeting of creditors.**

- o You must use a touch−tone phone.
- o Dial the call−in number and then enter the participant passcode, which consists of 7 numbers and is followed by a # sign.
- o Use a landline phone and not a cell phone, if possible.
- o Do not use the speaker phone function.
- o Make the call from a quiet area where there is as little background noise as possible.
- o Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors will likely be in session when you call in. You will still be able to hear the trustee even when your phone is muted.)
- o Unmute your phone when the trustee calls your case so that the trustee can hear you.
- o Wait until the trustee calls your case before speaking because more than one case will be waiting on the conference line at any given time.
- o When speaking, identify yourself.
- o Do not put the phone on hold at any time after the call is connected.
- o If more than one person is attending the meeting of creditors from the same location, each person should use separate touch−tone phones, if possible.
- o Once your meeting of creditors is finished, hang up.
- o If you become disconnected before your meeting of creditors is finished, call back.
- o If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

- Debtors must provide valid government identification (such as a valid Utah Driver's License) and proof of their social security number (such as an original social security card) to their attorney prior to the meeting of creditors and show their identification to their attorney via a video communication system (such as Skype or Facetime, etc.) during the meeting of creditors.
- During the meeting of creditors, Debtors' attorneys will: (i) confirm on the record that they have reviewed the debtor's identification (stating what form of identification was reviewed) and whether the name on the identification matches the name on the petition and whether the picture and identifying information on the identification matches the debtor; and (ii) confirm on the record that they have reviewed proof of the debtor's social security number, what form of proof of social security number was reviewed, and whether the social security number on it matches what was reported to the court in the debtor's bankruptcy case.
- Debtors who cannot communicate with their attorney via a video communication system and debtors who filed without an attorney must copy, scan, or take a picture of their identification and proof of social security number and mail/email/send the copies or images to their trustee no later than two days prior to the meeting of creditors. Copies of identification and social security cards that are sent through the mail must be mailed early enough that the trustee receives it at least two days before the meeting.
- Debtors should have their bankruptcy documents available during the meeting of creditors in the event there are questions about the information in the documents.
- The meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

(UNITED STATES TRUSTEE'S INSTRUCTIONS. 03/20/2020)

United States Bankruptcy Court
District of Utah

In re:  Case No. 20-24133-JTM
Bitex, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2  User: jtt  Page 1 of 1  Date Rcvd: Jul 17, 2020
                     Form ID: 309C  Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2020.
```
db             +Bitex, LLC,    5252 N Edgewood Drive Ste 275,    Provo, UT 84604-5591
11662429       +Aaron Stich,    PO Box 292,    Heber City, UT 84032-0292
11662430       +Benvenuti Consulting, LLC,    c/o Kirton McCOnkie,    36 S State Street, Ste 1900,
                 Salt Lake City, UT 84111-1478
11662431       +Compass Outdoor LLC,    2725 Parleys Way #120,    Salt Lake City, UT 84109-1653
11662432       +Crypto Technologies, LLC,    360-466 West 4800 North,    Provo, UT 84604-5675
11662433       +Dakota PAcific Real Estate,    299 S Main Street ste 1900,    Salt Lake City, UT 84111-2263
11662435       +Dorsey & Whitney LLP,    5252 Edgwood Drive,    Provo, UT 84604-5696
11662436       +Esnet Riverwood Properties, L.C.,    5255 N Edgwood Dr. Ste 200,    Provo, UT 84604-7759
11662438       +Gulay Guzzlee & Amit Singh,    c/o Joseph Rudolph,    2535 North 40th Avenue,
                 Hollywood, FL 33021-3005
11662439       +James Craig,    c/o Michael Best & Friedrich LLP,    2750 East Cottonwood Parkway, Suite 560,
                 Salt Lake City, UT 84121-7289
11662440       +Jason Scott Rudolph,    2535 North 40th Ave,    Hollywood, FL 33021-3005
11662442       +Joseph and Greg Tucker,    200 E Las Olas Lbvd,,    Fort Lauderdale, FL 33301-2299
11662445        Stanley Convergent Security Solutions,    Dept Ch 10651,    Palatine, IL 60055-0651
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: nate@abflegal.com Jul 18 2020 03:57:18      Nathan E. Burdsal,
                 Pacific Legal Group,    1979 North 1120 West,    Provo, UT  84604
tr             +EDI: FPGJONES.COM Jul 18 2020 07:38:00      Philip G. Jones tr,    1215 South Main Street,
                 Orem, UT 84058-6849
                                                                                              TOTAL: 2
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
11662437         Gulay Guzelee
11662443         Mountain America Credit Union
11662444         Mountain American Credit Union
11662434*      +Dakota Pacific Real Estate,    299 S Main Street Ste 1900,    Salt Lake City, UT 84111-2263
11662441*      +Jason Scott Rudolph,    2535 North 40th Ave.,    Hollywood, FL 33021-3005
                                                                                    TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2020 at the address(es) listed below:
```
              Nathan E. Burdsal    on behalf of Debtor    Bitex, LLC nate@abflegal.com
              Philip G. Jones tr    trustee@theo7.com, pjones@ecf.epiqsystems.com;pgj@trustesolutions.net
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 3
```