George Hofmann (10005)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for Philip G. Jones,
Chapter 7 Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| In re | Bankruptcy No. 20-24133 (JTM) |
|---|---|
| BITEX, LLC, | Chapter 7 |
| Debtor. | |

### TRUSTEE'S EX PARTE MOTION FOR RULE 2004 EXAMINATION OF JAMES WOLFGRAMM

Philip G. Jones, in his capacity as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Bitex, LLC (the "Debtor"), respectfully represents:

1. The Debtor commenced this case under Chapter 7 of the Bankruptcy Code by filing a voluntary petition on July 8, 2020 (the "Case"). The Trustee was appointed as Trustee of the Debtor's bankruptcy estate (the "Estate").

2. The Trustee is informed and believes that James Wolfgramm has information regarding the financial affairs, assets and liabilities of the Debtor's estate in which the Trustee may claim an interest.

3. The Federal Rule of Bankruptcy Procedure 2004 provides in pertinent part:

(a) *Examination on Motion.* On motion of any party in interest, the court may order the examination of any entity.

(b) *Scope of Examination.* The examination of an entity under this rule or of the debtor under § 343 of the Code may relate only to the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge. . . .

4. James Wolfgramm is believed to have information concerning financial affairs and matters which may affect the administration of the Debtor's estate.

5. In order to preserve and protect the assets of the Debtor, and to investigate potential claims of the Debtor's estate, the Trustee deems it essential to conduct the examination of James Wolfgramm.

6. James Wolfgramm will receive not less that fourteen (14) days written notice of the examination and attendance of James Wolfgramm for examination and the production of documents (if sought) will comply with Fed. R. Bankr. R. 2004(c).

**WHEREFORE**, the Trustee requests that he be authorized to examine James Wolfgramm in accordance with the provisions of Federal Rule of Bankruptcy Procedure 2004.

DATED: May 24, 2021

**COHNE KINGHORN, PC**

/s/ George B. Hofmann
GEORGE B. HOFMANN
Attorneys for Trustee

{00559699.DOCX /}                             2