**This order is SIGNED.**

Dated: May 24, 2021



JOEL T. MARKER
U.S. Bankruptcy Judge



*PREPARED AND SUBMITTED BY:*

George Hofmann (10005)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for Philip G. Jones,
Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re<br><br>BITEX, LLC,<br><br>Debtor. | Bankruptcy No. 20-24133 (JTM)<br><br>Chapter 7 |

### ORDER AUTHORIZING EXAMINATION OF
### JAMES WOLFGRAMM UNDER RULE 2004

This matter came before the Court on the Ex Parte Motion for Rule 2004 Examination of James Wolfgramm, filed by Philip G. Jones, in his capacity as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Bitex, LLC under Fed. R. Bankr. P. 2004 and Local Rule 2004-1. Based on the Motion,

{00559704.DOC /}

IT IS HEREBY ORDERED that the Trustee may conduct the 2004 examination of James Wolfgramm, and it is further

ORDERED that the attendance and production of documents may be compelled pursuant to Fed. R. Bankr. P. 2004(c).

— END OF ORDER —

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER AUTHORIZING EXAMINATION OF JAMES WOLFGRAMM UNDER RULE 2004**, shall be served to the parties and in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case as identified below, are registered CM/ECF users, and will be served notice of entry of the foregoing Order through the CF/ECF System:

- Nathan R. Firouzi     nfirouzi@fabianvancott.com
- Jeffrey H. Hagen     jhagenwbh@gmail.com, jhhagenlaw@gmail.com;hagenjr72710@notify.bestcase.com
- Bryant Thomas Hinckley     bhinckley@agutah.gov
- George B. Hofmann     ghofmann@ck.law, dhaney@ck.law;mparks@ck.law
- Lon Jenkins tr     ecfmail@ch13ut.org, lneebling@ch13ut.org
- Timothy E. Nielsen     tnielsen@ck.law, klopez@ck.law
- Steven M. Rogers     srogers@roruss.com, nrussell@roruss.com;rorusslaw@gmail.com;paralegal@roruss.com;la@roruss.com
- United States Trustee     USTPRegion19.SK.ECF@usdoj.gov
- Aaron M. Waite     aaronw@w-legal.com

**By U.S. Mail**: In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

☐ None

☒ Manual Notice List:

Todd Wahlquist
G. Eric Nielson & Associates
4790 Holladay Blvd.
Salt Lake City, UT 84117

☐ All parties on the Court's official case matrix.

    /s/ George Hofmann

United States Bankruptcy Court

District of Utah

| | |
|---|---|
| In re: | Case No. 20-24133-JTM |
| Bitex, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1088-2 | User: am | Page 1 of 1 |
| Date Rcvd: May 24, 2021 | Form ID: pdfor1 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bitex, LLC, 5252 N Edgewood Drive Ste 275, Provo, UT 84604-5591 |
| | + Todd Wahlquist, G. Eric Nielson & Associates, 4790 Holladay Blvd., Salt Lake City, UT 84117-5542 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| George B. Hofmann | on behalf of Trustee Philip G. Jones tr ghofmann@ck.law dhaney@ck.law;mparks@ck.law |
| Nathan E. Burdsal | on behalf of Debtor Bitex LLC nate@abflegal.com |
| Philip G. Jones tr | trustee@theo7.com pjones@ecf.epiqsystems.com;pgj@trusteesolutions.net |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 4