B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (12/15)

*Inv # 80034.01*

# UNITED STATES BANKRUPTCY COURT
Central District of Utah *& designation of Parties to be served*

*& Order authorizing Examination under Rule 2004*

In re __Bitex, LLC__   Case No. __20-24133 (JTM)__   *Date* __10 June 21__ Time __15:38__
Debtor   **MAY 2 5 2021**   Chapter __7__   *Constable's office* R/B Upon __7026 S. Commerce Park Dr. #101__ Person __J. Reitz__

**318487**   +$18.50 witness fee

Deputy – Private Investigator – Process Server
Constable Reitz, Salt Lake County
7026 Commerce Park Dr. #101, Midvale, UT
84047 (801) 255-5468

## SUBPOENA FOR RULE 2004 EXAMINATION

To: __James Wolfgramm__ *AKA James Vake Nui*
*1673 So. 1760 E*
*Spanish Fork*
(Name of person to whom the subpoena is directed)

*Unable to contact or serve*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached.

| PLACE Remotely via Zoom. Cohne Kinghorn, PC, 111 East Broadway, 11th Floor, Salt Lake City, UT 84111 | DATE AND TIME June 29, 2021 at 1:30 p.m. Mountain Time |
|---|---|

The examination will be recorded by this method: Zoom - See Exhibit A "Important Information Regarding Zoom"

☒ *Production:* You, or your representatives, must also bring with you to the examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

See Exhibit A - Documents due June 14, 2021 at 4:30 p.m.

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: May 25, 2021

CLERK OF COURT

_____   OR   _____
Signature of Clerk or Deputy Clerk             Attorney's signature

The name, address, email address, and telephone number of the attorney representing *(name of party)*
Philip G. Jones, Trustee_____, who issues or requests this subpoena, are:

George Hofmann, Attorney, Email: ghofmann@ck.law
Cohne Kinghorn, PC, 111 E. Broadway, 11th Floor, Salt Lake City, UT 84111, Telephone No. (801) 363-4300

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# CONSTABLE'S RETURN

Docket #: **318487**
**Philip G. Jones, Trustee VS Bitex LLC**
Case # **20-24133**

Reference #: **80034.01**
Court Date: **Jun 29, 2021** at **1:30 PM**

I, **Jeremy Reitz**
being first duly sworn on oath and say: I am a duly appointed Constable, Salt Lake County, State of Utah, a citizen of the United States, over the age of 21 years at the time of service herein, and not part of or interested in the within action. I received the within and hereto annexed,

**Subpoena for Rule 2004 Examination & Exhibit A & Fed Rule 45(c), (d), (e), & (g) & Order Authorizing Examination Under Rule 2004 & Designation of Parties to be Served**

on **May 25, 2021**, and served the same upon

**James Wolfgramm aka James Vake Nui**

a within named **Witness** in said article(s) by serving a true copy of said article(s) for the Witness with

**James Wolfgramm aka James Vake Nui (Personally)**

a person of suitable age and discretion at

**7026 South Commerce Park Drive Suite #101, Midvale, UT 84047**

not the usual place of abode or business.

Served on **Jun 10, 2021** at **3:38 PM**.

I declare under criminal penalty of the State of Utah that the foregoing is true and correct. I further certify that at the time of service of the said article(s), I endorsed the date and place of service and added my name and official title thereto.

Constable                SL859
Constable Reitz, Salt Lake County Constable
7026 South Commerce Park Drive #101
Midvale, UT  84047  (801) 255-5468

TOTAL CHARGES: **$90.50**

## NOTES

Attempts were made to serve witness at 1673 South 1700 East, Spanish Fork. Was told he wasn't home.

The witness called and made arrangements to meet at the Constable's Office for service as he works in Salt Lake.

Subpoena was served with witness fee attached.

Served: James Wolfgramm aka James Vake Nui. - Phone Number: 385-337-8551.
Ethnicity: Pacific Islander   Gender: Male   Hair: Bald   Age: 40's   Height: 6'1   Weight: Medium

Court: USBC