George Hofmann (10005)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorney for Philip G. Jones,
Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re<br><br>BITEX, LLC,<br><br>Debtor. | Bankruptcy No. 20-24133 (JTM)<br><br>Chapter 7 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of April, 2023, the ***Notice of Trustee's Motion for Order Approving Settlement Between the Trustee and Salesi Ika; and Notice of Opportunity for Hearing*** [Dkt. No. 134] ("Notice") was electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system.

I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

- **Tyler P. Hardman** thardman@ck.law, klopez@ck.law
- **Dane L. Hines** budgetbankruptcyutah@gmail.com, hinesdr68395@notify.bestcase.com
- **George B. Hofmann** ghofmann@ck.law, mparks@ck.law;apetersen@ck.law
- **Philip G. Jones tr** trustee@theo7.com, PJones2@ecf.axosfs.com
- **Darren B. Neilson** dneilson@parsonsbehle.com
- **Jeffrey Weston Shields** jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com,tzimmerman@rqn.com
- **Jeffrey L. Trousdale** jtrousdale@cohnekinghorn.com, mparks@ck.law;apetersen@ck.law
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
- **Brent D. Wride** bwride@rqn.com, docket@rqn.com;mmartin@rqn.com

I further certify that on **April 3, 2023**, the Notice was also served by regular United States First Class Mail, postage fully pre-paid to the parties listed below and on the attached mailing matrix for this case:

**Bitex, LLC**
5252 N Edgewood Drive Ste 275
Provo, UT 84604

Dated April 3, 2023. **COHNE KINGHORN, P.C.**

/s/ Jeffrey Trousdale
Jeffrey Trousdale
Attorneys for Chapter 7 Trustee

George Hofmann (10005)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300

Attorneys for Philip G. Jones,
Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re<br><br>BITEX, LLC,<br><br>Debtor. | Bankruptcy No. 20-24133 (JTM)<br><br>Chapter 7 |

**NOTICE OF TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT BETWEEN THE TRUSTEE AND SALESI IKA; AND NOTICE OF OPPORTUNITY FOR HEARING**

**(Objection Deadline: April 20, 2023)**
**(Hearing Date: April 26, 2023 at 10:30 a.m.)**

**PLEASE TAKE NOTICE** that Philip G. Jones (the "Trustee"), in his capacity as the Chapter 7 Trustee of Bitex, LLC (the "Debtor"), has filed with the United States Bankruptcy Court for the District of Utah his Motion for Order Approving Settlement Between the Trustee and Salesi Ika (the "Motion").

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Through the Motion, the Trustee seeks approval of a settlement with Salesi Ika. Specifically, the Trustee asks the Court to approve a settlement whereby Ika shall pay the Trustee $4,000 for the release of avoidable transfer claims held by the Debtor's estate against Ika, primarily for the purchase of a Mercedes Benz for Ika's benefit. A copy of the Motion is available upon written request to the Trustee's undersigned counsel.

NO HEARING WILL BE CONDUCTED ON THE MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to grant the relief requested in the Motion then you or your attorney must do each of the following:

(1) on or before **April 20, 2023**, file with the Bankruptcy Court a written Objection, explaining your position, at:

United States Bankruptcy Court
350 South Main Street, Room 341
Salt Lake City, UT 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will **receive** it on or before the date stated above. You must also mail a copy to the undersigned counsel:

Jeffrey Trousdale
Cohne Kinghorn, PC
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

(2) attend a hearing on **April 26, 2023 at 10:30 a.m.** before the Honorable Chief Judge Joel T. Marker. The hearing will be a telephonic hearing. Parties who wish to participate in the hearing should consult the Bankruptcy Court's website (https://www.utb.uscourts.gov/teleconference-information) for the most up-to-date information regarding telephonic participation at a hearing. At the time of this Notice, parties wishing to participate in hearings before the Honorable Chief Judge Marker are instructed to dial (636) 651-3182, followed by **3834658#, at least ten (10) minutes before the scheduled date and time for the hearing.** There will be no further notice of the hearing.

Failure to attend the hearing will be deemed a waiver of your objection. If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order approving the Motion without hearing.

Dated: April 3, 2023.

/s/ Jeffrey Trousdale
JEFFREY TROUSDALE
Attorneys for Chapter 7 Trustee

Label Matrix for local noticing
1088-2
Case 20-24133
District of Utah
Salt Lake City
Mon Apr 3 08:48:46 MDT 2023

(u) Lee Oakey
Returned / UNABLE TO FORWARD
Casa De La Luna, 36k
Guiones, Costa Rica

3M Land Trust
8517 Osteen St
Jacksonville, FL 32210-6443

Aaron Stich
PO Box 292
Heber City, UT 84032-0292

Abdikarin Ismail
32 Emerald Road
London, UK NW10 8DF

Alan Silverblatt
1206 Bayou Drive
Indianola, MS 38751-2902

Alan Silverblatt
422 Highway 82
East Indianola, MS 38751

Albert Calloway
5295 Oxford Chase Way
Dunwoody, GA 30338-3037

Albert Green
210 N Garfield St
Moscow, ID 83843-3664

Albert Mitchell
1250 Mohican Trail
Stone Mountain, GA 30083-5228

Alecia McMath
2530 Roswell Dr
Belden, MS 38826-9519

Alejandro Lizblaria
15034 Tinker St
Houston, TX 77084-2050

Alena Annabel
12/30c Duke Street
Stuary Park, Australia 00820-0000

Alex Pastrana
2823 Matera Drive
Saint Cloud, FL 34771-9155

Alexander Czajka
3 Bantham Ct Murrumba
Downs Qld, Australia 04503-0000

Alice Warner
Little Acre, Ufford Rd
Bainton, Stamford, Lincs, UK PE93BB

Alice Wullum
Hagemannsv 12
Holmestrand, Norway 03080-0000

Allana Wingnall
4 Erskine Court
Woodvale West, Australia

Alverico Asencio
102 Kassik Circle
Orlando, FL 32824-5824

Amiee Barden-Beatty
1 Banthorpe Grove
Ipswich, Suffolk, UK IP5 2BU

Amit Singh
1489 NW 129th Way
Sunrise, FL 33323-2984

Andrew Brown
937 E Chelsea Dr
San Tan Valley, AZ 85140-5659

Andrew Scott Davies
Kanamachi 3-28-6, Katsushika-ka
Tokyo, Japan 125-0042

Angela Hudson
1002 Hidden Hills
Dripping Springs, TX 78620-3935

Angelo Miller
3714 Evans Trail Way
Beltsville, MD 20705-3040

Angled Wealth LTD
20 Langdale Road
Stockport, Sk61bd, UK

Anita Wright
1215 Catalpa Place
Fort Collins CO 80521-7553

Anitelu Vatikani
296 S 2390 W
Provo, UT 84601-3690

Anna Czajka
3 Bantham Ct Murrumba
Downs Qld, Australia 04503-0000

Anne Dradon
16 Brock St
PO Box 1273
Fonthill, ON, Canada L9S1E0

Anne Stadnyk
1320 Jordan St
Coquitlam, BC, Canada V3B 7L1

Anthony Vitolo
29 Seven Lakes Drive
Sloatsburg, NY 10974-1717

Ayodeji Olasupo
No 29 Oloyede Street
Dada Estate
Osogbo, Osun State, Nigeria


BJ Ashley Sr
3 Longhorn Rd
Mineral Wells, TX 76067-3137

Barbara Allen
1165 Le Brun Ln Apt A
Redding, CA 96002-2161

Barry Elrod
11 N Ada St
Chicago, IL 60607-1919


Barry McCorkle
113 Glenrobin Dr
Eden, NC 27288-8092

Barry Washinksy
4384 Straight Arrow Road
Dayton, OH 45430-1690

Belinda Ramsey
32341 49th Avenue
South Auburn, WA 98001-3112


Benvenuti Consulting, LLC
c/o Kirton McCOnkie
36 S State Street, Ste 1900
Salt Lake City, UT 84111-1478

Bethany Hotchkiss
182 Barlow Drive
Franklin, TN 37064-8341

Bill Stringer
11539 Hwy 299
Burnt Ranch, CA 95527


Bitex, LLC
5252 N Edgewood Drive Ste 275
Provo, UT 84604-5591

Braden Grist
23 Treelawn Blvd
Perth, Ontario Canada K7H 3P1

Brady Briddle
PO Box 173
Burnt Ranch, CA 95527-0173


Brian R Nixon
1967 Heather Road
Orem, UT 84097-2321

Britt Enterprises
1546 W 740 S
Orem, UT 84058-6722

Bruce Nelkin
111 Mimosa Drive
Chapel Hill, NC 27514-9749


Carlie D Ashley
3 Longhorn Rd
Mineral Wells, TX 76067-3137

Carol Hosay
1378 Funston Ave. #1
San Francisco, CA 94122-2119

Carol Meek
4351 S Genesse Rd
Grand Blanc, MI 48439-7958


Casey Radermacher
16237 N 161st drive
Surprise, AZ 85374-5774

Cathy Williams
1 Cable Hill
Devonshire, Bermuda FL03

Chanda Murphy
1380 George St
Plainfield, NJ 07062-1744


Charles Bellows
4249 Moore St
Wheat Ridge, CO 80033-2788

Charles Moses
306 Pennington Ave
Rome, GA 30161-4532

Charles Regnery
124 Linhigh Ave
Nottingham, MO 21236-4301


Cheri Proctor
9320 Carr St
Westminster, CO 80021-4351

Chris Sosa
2803 Arrowwood Rd
Gilmer, TX 75644-7470

Christina Potter
7492 Hopkins Rd
Maineville, OH 45039-8470

Christinea Carriera
61 Wellington Street East
Cornwall Ontario, Canada

Christopher Fouts
10682 Winfield Loop
Manassas, VA 20109-8231

Christopher Goheen
200 Newport Drive
Severna Park, MD 21146-1326

Christopher Janisch
770 45th St
New Boston, IL 61272-8501

Christopher Salazar
7816 S 3725 W
West Jordan, UT 84088-4419

Cindy Gennetti
205 Tangerine St
Nokomis, FL 34275

Clarence Gray
8311 Brider Creek Pkwy, Suite 105-438
Raleigh, NC 27617-7328

Claudia Gonzalez P.A.
600 NE 36th St PH 22
Miami, FL 33137-3945

Compass Outdoor LLC
9815 South Monroe Street
Suite 501
Sandy, UT 84070-4328

Constance Cervin
1129 Maricopa Hwy B206
Ojai, CA 93023-3126

Cynthia Clark
512 Rocky Springs Dr
McKinney, TX 75071-7756

DPRE Riverwoods II, LLC
c/o Commercial Property Management
Dakota Pacific Real Estate
299 S Main Street ste 2450
Salt Lake City, UT 84111-2282

Dakota Pacific Real Estate
299 S Main Street Ste 1900
Salt Lake City, UT 84111-2263

Daniel Wilson
34 Leitrim Street
Belfast, N. Ireland, UK

Daniel Zlotek
3911 Bowen Rd #24
Lancaster, NY 14086-9677

Danny Geouge
13418 W Watson Ln
Surprise, AZ 85379-6480

Dave Holmes
2202 E 3100 N
Layton, UT 84040-8417

David Anthony
Unit 4, 11 Beatrice Terrace
Ascot, Qld, A, Australia 04007-0000

David Carmona
9522 42nd Ave Apt 62
Elmhurst, NY 11373-8507

David Chandler
2973 Harbor Blvd #324
Costa Mesa, CA 92626-3912

David Gotovac
11 Marigold Crescent
Gowanbrae Melbourne
Victoria Australia

David Hooper
Sanheim Kamiuma 305
1-34-11, Kamiuma, Setagaya-Ku
Toyoko, Japan 154-001

David Kessler
556 Grant Rd
Mineral Wells, TX 76067-9212

David Lowe
30 Harvey Crescent
PO Box 5
Aldinga Beach SA, Australia 05173-0000

David Reid
390 Bedford
Richardson, TX 75080-3453

David Spainhower
1966 S Falcon Way
Huntsville, UT 84317-9802

David Taberner
1450 W Grand Pkwy S #G-305
Katy, TX 77494-8286

David Terrell
1128 Fox Lake Lane
Edmond, OK 73034-7309

Dawnmarie Huerta
2655 W 2500 N
Farr West, UT 84404-8706

Dean Mark
Sala Kamrauk Rd
Siem Reap, Cambodia

Dean Wayne Mark
c-6b Woodstock Place
Christchurch, New Zealand 08042-0000

Deana Cheney-Howard
423 Courtland Street Delhi
Delhi, Ontario, Canada N4B 1T1

Dee Washington
1402 Country Club Ct
Harrisonburg, VA 22802-5077


Dennis Aldrich
7551 E US Hwy 60
Rogersville, MO 65742

Dennis Dahler
24150 98th Street
Zimmerman, MN 55398-4518

Dennis Ribble
2440 Tower Rd
Bloomsburg, PA 17815-8973


Diane Clinkscale
1205 Wexford Lane
Desoto, TX 75115-3792

Diane Ingalls-Reid
3697 Wagon Wheel Way
Park City, UT 84098-5340

Diane Wilson
Box 1280
16 Cottonwood Trailer Park
Grunthal, MB, Canada R0A0R0


Dianne Kostner
1960 DeForest Ln
Hanover Park, IL 60133-5937

Dilipkumar Manharbhai Patel
2 Westdown Drive
Thurmaston, Leicester, England LE4 8HT

Don Keating
201 S Blakely St #348
Dunmore, PA 18512-2203


Don Keating
24 Center St
Pittston, PA 18640-2002

Donald Coffey
4923 W 9th St
Greeley, CO 80634-1926

Doug Tumen
42 Warwell Lane
Woodstock, NY 12498-2107


Drop Tine LLC
10373 N Atwater St
Hayden, ID 83835-8796

Eureka Prospecting Company
1357 W Natasha Circle
Riverton, UT 84065-4159

Family Kowanko
Unit 4, 11 Beatrice Terrace
Ascot, Qld, A, Australia 04007-0000


Finau Tuiaki
270 W Bricker Rd
Draper, UT 84020-5446

Fred Janisch
725 Collier Drive
Dixon, CA 95620-3651

Fred M Foreman
PO Box 351027
Jacksonville, FL 32235-1027


Gabriel Hinds
12130 Summergate Circle, Apt 201
Fort Meyers, FL 33913-8063

Garry Briddle
1603 E Illinois St
Kirksville, MO 63501-3310

Gayle Margaret Mark
6bWoodstock Place
Christchurch, New Zealand 08042-0000


Gayle Mark
Sala Kamrauk Rd
Siem Reap, Cambodia

Geir Midtbu
Einavegen 984 2843
Eina, Norway

Gen Syn Tech LLC
412 N Main St. Ste 100
Buffalo, WY 82834-1761


Gerald Smith
5322 S Siesta Lane
Zapata, TX 78076-9592

Geraldine Thompson
304 W Maple St
Saint Marys, KS 66536-1427

Glenn Whitcombe
77a Amelia St
Balcatta, Western Australia 06021-0000

Global Wealth
7558 Ridgefield Lane
Lake Worth, FL 33467-7331

Gloria Stump
PO Box 940
Stuarts Draft, VA 24477-0940

Gord Ferens
616 Cote Street
Winnipeg, Manitoba, Canada R2J0P7

Gordon Hull
137-301 Carnegie Ave
Peterborough, Ontario, Canada K9L 0G1

Graham Donnelly
45 Abang Ave
Tanah Merah Qld
04128

Gulay Guzelce
1489 NW 129th Way
Sunrise, FL 33323-2984

Gulay Guzzlee & Amit Singh
c/o Joseph Rudolph
2535 North 40th Avenue
Hollywood, FL 33021-3005

Guy Beck
15789 Singer Rd
Rathdrum, ID 83858-8028

H Williams Media LLC
30 N Gould St, Suite 7558
Sheridan, WY 82801-6317

Hailey Terrell
1128 Fox Lake Lane
Edmond, OK 73034-7309

Halim Radwane
4791 Walden Circle, Apt C
Orlando, FL 32811-7265

Hans Anderson
PO Box 311413
New Braunfels, TX 78131-1413

Tyler P. Hardman
Cohne Kinghorn
111 East Broadway
Ste 11th Floor
Salt Lake City, UT 84111-5238

Heather Domoney
12 Moulton St
Bridgetown West, Australia 06255-0000

George B. Hofmann
Cohne Kinghorn PC
111 East Broadway
11th Floor
Salt Lake City, UT 84111-5238

Howard Williams
30 N Gould St, Suite 7558
Sheridan, WY 82801-6317

Hugh Cunningham
45 Northumberland Road
South Kensington
Johannesburg, South Africa 02094-0000

Ilene Moore
8610 E Mountain View
Prescott Valley, AZ 86315-4187

Intuitive Intelligence
1609 Clark Dr
Wenatchee, WA 98801-1484

Ivette Gonzalez
1307 McDermott Lane
Royal Palm, FL 33411-4017

JC Resort Properties
9676 N Winchester Dr
Cedar Hills, UT 84062-8624

Jack Schrold
10834 Greater Hills St
Raleigh, NC 27614-8653

Jack Wright
740 Maxine St
Fayetteville, NC 28303-3035

Jacque Finn
2559 N 91st St
Milwaukee, WI 53226-1834

Jacques Bodkin
7131 Alana Rd
Jax, FL 32211-4179

Jake Brown
8500 Grant Cir, Apt 316
Merrillville, IN 46410-6769

James Briner
14604 Barton Blvd
Cumberland, ME 21502-5875

James Craig
c/o Michael Best & Friedrich LLP
2750 East Cottonwood Parkway, Suite 560
Salt Lake City, UT 84121-7289

James Crawford
11401 Pettit St
Moreno Valley, CA 92555-5257

James Nerius
1777 Bloods Point Rd
Cherry Valley, IL 61016-9525

James Pitsillides
115 Faire Road
Leicester, England le38eg

James Ryan
200 Hillcrest Street
Staten Island, NY 10308-3112

James Shepperd
2706 St. George Dr
Garland, TX 75044-4674

James Stevens
441 Georges Creek Blvd
LaVale, MD 21502-7134

James Toliver Craig
6795 S Robertsdale Way
Aurora, CO 80016-7501

James Varnado
7530 Jefferson Hwy
Baton Rouge, LA 70806

Jameson L Carter
1342 S Catamaran Circle
Cicero, IN 46034-9568

Jason Hurley
1128 Fox Lake Lane
Edmond, OK 73034-7309

Jason Johnson
1213 W Lark Cir.
Farmington, MO 63640-3704

Jason Kubik
5596 Devils Head Circle
Golden, CO 80403-2068

Jason Scott Rudolph
2535 North 40th Ave
Hollywood, FL 33021-3005

Jeff Wilson
1794 Fred Barn Road
Springville, UT 84663-3231

Jenan Nilson
53 S Doran
Mesa, AZ 85204-1216

Jennifer Rapkay
6991 S Canyon Pines Circle
Cottonwood Heights, UT 84121-6903

Jerry Teel
2172 Sea Village Circle
Cardiff, CA #NAME? 92007-1221

Jim Thorley
389 N Main Street
St. George, UT 84770-2877

Jimmy Singh
3362 Bentley Ave
Eugene, OR 97405-6259

JoEllen M. Pappin
1872 Cottrill Lane
Westland, MI 48186-4228

JoMarie Dougherty
1013 Bear Creek Rd
Cabot, PA 16023-9716

Joanne Gatto
249 Fanning Street
Staten Island, NY 10314-5309

Joba LTD
PO Box 2284
#16 Albert Hov Avenue
Belma, Phase 1, Belize

Joel Friant
2028 E Ben White Blvd Suite 240
Austin, TX 78741-6931

Joey Pappin
1872 Cottrill Ln
Westland, MI 48186-4228

John Brown
1433 Brampton Cove
Wellington, FL 33414-8962

John Carollo
179 Gurley Ave
Staten Island, NY 10308-1528

John Clower
PO Box 726
McGehee, AR 71654-0726

John Good
13961 Woodrose Court
Chino Hills, CA 91709-5930

Jonathan Johnson
4467 Breezy Meadow Dr
Herriman, UT 84096-7492

Philip G. Jones tr
1215 South Main Street
Orem, UT 84058-6849

Jordan Comsa
1433 E Pheasant Run Dr
Springville, UT 84663-3825

Jordan Terrell
1128 Fox Lake Lane
Edmond, OK 73034-7309

Jose Padro
3609 Lynn Lane
Wantagh, NY 11793-1420

Joseph Commisso
4165 Chariot Lane
Liverpool, NY 13090-1805

Joseph Gatto
36 Terrace Ave
Staten Island, NY 10309-2941

Joseph Smith
705 W Center Street
Provo, UT 84601-4049

Joseph Vitrano
1815A Green Springs Circle
Fleming Island, FL 32003-3274

Juan Binet
1913 Barco Court
St. Cloud, FL 34769-5020

Juan Binet
2876 Missouri Ave
St. Cloud, FL 34769-5026

Juan Sandoval
3842 Snowy River
Elko, NV 89801-4737

Julie Cornish
10 Sandpiper Grove
PO Box 1215
Howard Springs NT, Australia 00835-0000

Julie Shepherd
23 Front Street
UK NE16 4HQ

Justin Berggren
166 Mallard Pointe Dr
Valparaiso, IN 46385-7998

Justin Nolan Bachmann
2640 Streamview Dr
Odenton, MD 21113-1521

Karl Gary Hahn
69 Aldebury RD
Mainhead, Berks, UK SL67HJ

Kasey F Jackson
634 E 920 N
Orem, UT 84097-6009

Katharine Hayman
56 Perch Close
Larkfield, Aylesford, Kent, UK ME20 6TN

Keith Barton
2A Drive Road
Fareham, Hampshire, UK PO16 8 SY

Keith Jeske
221 Lake Terrace Dr
Hendersonville, TN 37075-5148

Kenneth P Avery
1357 W Natasha Circle
Riverton, UT 84065-4159

Kerry Bramham
Unit 2 44 Warwick St
Penrith, NSW 02750-0000

Kerry Stockton-Benn
15 Hickey Crt
Cullen Bay, Darwin, Australia NT 0820

Kevin Jones
2802 Applegate Rd
Greensboro, NC 27455-2216

Kevin Lau
2839 California Poppy Street
Escondido, CA 92029-4810

Kevin McLoone
239 Crocus Ave
Floral Park, NY 11001-2331

Kimberly Cathcart
17600 Yearling Ct
Reno, NV 89508-4017

Kirk Williams
16 East Shore Road
Sandys, Bermuda MA02

Kisindja Matiyabo
6921 Red Bluff Dr
McKinney, TX 75070-6683

Konstantinos Stylianopoulos
Flat 2A1-17, Pahsang Industrial Bldg
16 Sun on Street
Tuen Mun, NT, Hong Kong

Koury Jones
4409 Halter Way
Valdosta, GA 31605-7042

Kyle Gunning
19 Hartwick Gate Spruce Grove
Alberta T7X0A5

Kyle N Young
823 Windsor Dr
Georgetown, SC 29440-6895

Kym Damico
138 Anne Rd
Knoxfield, Vic, Australia 03180-0000

Lance Leguire
763 SE Nature Drive
Lake City, FL 32025-2042

Lance Perry
3150 Orleans St #28331
Bellingham, WA 98228-9016

Lars Johnson
9676 N Winchester Dr
Cedar Hills, UT 84062-8624

Lasse Appelt
Frederiksberg Bredegade 1.b, st.
2000 Frederiksberg, Copenhagen Denmark

Laura Finch
14 Hampton Crescent
Malpas, UK SY 14 8ds

Leah Wilkie
5 Hamble Court
Chandlers Ford
Hants, UK

Lee Oakey
2007 W College Ave
Santa Rosa, CA 95401-4441

Lewis Stevenson
5 Devonshire Road
Dover Kent, England CT170AX

Libertad Enterprises LLC
200 Newport Drive
Severna Park, MD 21146-1326

Linda Mason
3007 Quail Holw
Sarasota, FL 34235-7104

Linda Piron
3 Curtis Ave
Baldwinsville, NY 13027-2611

Lora Thornton
2330 E 27th
Oakland, CA 94601-1332

Louise Edge
2 20th Ave
Melkbosstrand, South Africa 07441-0000

Luke Varner
1100 Meredith Ln Apt 8310
Planos, TX 75093-4670

Mahesh Patel
85 Hilston Avenue
Wolverhampton, England, UK WV4 4TA

Malakai Tuiaki
270 W Bricker Rd
Draper, UT 84020-5446

Marco Mainozzi
50 Ashcroft Road
Maidenhead Berks, UK SL6 6JF

Mario Ferrante
207 Henry Ave
Baltimore, MD 21236-4205

Mark Comsa
1433 E Pheasant Run Dr
Springville, UT 84663-3825

Marquita Leonard
551 Riverhill Circle Apt 124
Columbia, SC 29210-8139

Martin Smith
1 Darby Street
Kaleen Act, Australia

Matthew Ede
3 Barton St
Dangenong North
Vic, Australia 03175-0000

Matthew Havens
389 Forest View Drive
Valparaiso, IN 46385-9035

Maureen Gunning
19 Hartwick Gate Spruce Grove
Alberta T7X0A5

Maurice Mighty
12320 115 Avenue
South Ozone Park, NY 11420-2019

Michael Camfield
3211 W Division #223
Arlington, TX 76012-3408

Michael Harrigan
3 Armshore Drive
Halifax, Nova Scotia, Canada B3N1M4

Michael Rybtke
Soendre Strandvej 86B
Helsingoer, Denmark 03000-0000

Mike Vitrano
1815A Green Springs Circle
Fleming Island, FL 32003-3274

Monique I Avery
1357 W Natasha Circle
Riverton, UT 84065-4159

Morena Marinozzi
7 Via Saragat S
Egidio Alla Vibrata Teramo, Italy 64016-

Nancy Martin
407 Railey Cove
Springtown, TX 76082-2262

Naniholo Talakai
31711 2nd CT S
Federal Way, WA 98003-5230

Nathan Brinkerhoff
2154 S Eldorado Dr
Springville, UT 84663-9475

Neal Family Trust
1020 Freeman St
Jonesboro, AR 72401-3673

Netlinx Solutions LLC
3150 Orleans St #28331
Bellingham, WA 98226-9997

Neville Easley
160 W 174th Street Suite 4B
Bronx, NY 10453-7530

Nicholas Salmas
98-820 Moanalua Rd #306
Aiea, HI 96701-5200

Nick Kosanovich Jr
332 Christine Drive
Aliquippa, PA 15001-1918

Nick Skorobatsch
201 Newport Drive
Severna Park, MD 21146-1325

Noreen Qureshi
15 Stanhope Road
Birmingham, UK b676hn

Ofa Kilolomasi Loane
5178 S 1200 W
Spanish Fork, UT 84660-5813

PDR Enterprises, LLC
2058 Mystic Bay Ct
Indianapolis, IN 46240-2829

PMR Consulting LLC
600 NE 36th St PH 22
Miami, FL 33137-3945

Patricia Allan
52 Calume Street
Hillman, Australia 06168-0000

Patricia Klinkhammer
400 Rolling Oaks Drive
Apartment 901
Giddings, TX 78942-5723

Patricia Ryan
200 Hillcrest Street
Staten Island, NY 10308-3112

Patrick Janisch
3298 N Glassford Hill Rd., Ste 104
Prescott Valley, AZ 86314-1294

Paul Chapman
4 Goosewell Terrace
Plymouth, Devon, UK PL99HW

Paul Clower
363 Kaufman Rd
Hot Springs, AR 71913-8044

Paul Homolik
4087 N Devoushire Dr
Provo, UT 84604-5372

Paul Isenberg
4140 Scottsville Road
Smithsgrove, KY 42171-9342

Paul Watkins
14 Woburn Court
Stanmore Road
Richmond, Surrey, UK

Peter Croster
6020 Green Meadow Rd
Thompsonville, FL 62890-2410

Peter Fabris
2 Gilbert St NT
Australia

Peter Szasz
45 Coral Drive
Hampton Park
Vic, Australia 03976-0000

Pia Locicero
Dormtiki Old Mill Lane
Bray Maidenhead
Berkshire, UK s162bg

Porter Family LLC
560 S Main St
Clearfield, UT 84015-1723

Premier Business Solutions LLC
332 Christine Drive
Aliquippa, PA 15001-1918

ProSapien LLC
242 E 600 N
Lindon, UT 84042-1662

Rachel Fox
Shalem Kennford Exeter
Devon, UK

Raymond Lewis Murray
800 Stallion Way
Orange Park, FL 32065-5263

Razia Ibrahim
17 Fairfield Hill
Leeds, UK Ls133dp

Regina Lockwood
PO Box 2986
Sparks, NV 89432-2986

Regina Serran
PO Box 1216
Massapequa, NY 11758-0904

Rex Edward Luttrell
1 Falta Court
Little Rock, AR 72223-5083

Rhonda Olin
PO Box 257
Crosby, ND 58730-0257

Richard (Rick) Voight
2058 Mystic Bay Ct
Indianapolis, IN 46240-2829

Richard Pitts
613 Bent Ridge Place
Raleigh, NC 27615-3166

Richard Rowe
2522 N Quincy Circle
Wichita, KS 67228-8746

Ricky Pitts
210 S Library St
Greenville, SC 27858-2031

Rigoberto Gonzalez
PO Box 4808
Mesa, AZ 85211-4808

Robert Benningfield
1122 Wade Hampton St
Benbrook, TX 76126-3520

Robert Howe
37195 Winthrop Way
Chester Springs, PA 19425

Robert Kraft
PO Box 1022
Monument, CO 80132-1022

Robert Storrie
15 Firbank Terrace Barrhead
Glasgow Scotland, UK

Robert Ullman
15074 Witnet Rd Apt 311
Delray Beach, FL 33484-4021

Robin Porter
560 S Main St
Clearfield, UT 84015-1723

Robyn Backhouse
36 Allerton Way
Booragoon, WA, Australia 06154-0000

Rodney Burton
5406 Auth Rd Apt 12
Camp Springs, MD 20746-4359

Ronald Lukwago
12 Perez Ln
Kampala, Uganda

Ronald Poole
100-98th Ave NE, Apt E4
Bellevue, WA 98004-5461

Ronald Taylor
1416 E 51 Street
Brooklyn, NY 11234-2208

Ronnie Pressley
20701 Beach Blvd #57
Huntington Beach, CA 92648-4976

Rosemary Barton
80 Frosthole Close
Highlands Road
Fareham, Hants, UK PO15 6DF

Rosemary Odoh
10013 SE 219th PL
Kent, WA 98031-2512

Russell Curran
4925 E Fellars Drive
Scottsdale, AZ 85254-9635

Ryan Bailey
2949 N Devonshire Dr
Provo, UT 84604

Salamasina Naulu
1328 E 150 S
Spanish Fork, UT 84660-2372

Samuel Urquidez
3239 Golden Poppy Ln
Stockton, CA 95209-3788

Samy Saleeb
155 Mulberry Lane
Fairhope, AL 36532-7154


Sarai Osorio
8510 SW 22nd St
Davie, FL 33324-5308

Scott Beasley
4221 Via Marina F401
Marina del rey, CA 90292-6677

Sean P. Wright
461 Harbour Lights Dr
Ormond Beach FL 32174-7381


Sean Wright
641 W 2nd Street
Loveland, CO 80537-5303

Shane Butler
1609 Clark Dr
Wenatchee, WA 98801-1484

Shane Quigley
1609 Clark Dr
Wenatchee, WA 98801-1484


Shane Quigley
211 Overland Drive
Ward, CO 80481-9538

Shaun Crawford
11401 Pettit St
Moreno Valley, CA 92555-5257

Shawn Bornholdt
2496 W 265 St
New Brague, MN 56071-9122


Shelli Saleeb
155 Mulberry Lane
Fairhope, AL 36532-7154

Sherina McMillan
14 The Avenue
Trimley St Mary
Fleixstowe, Suffolk, UK IP11 OTT

Solomon James
4 Emuren Street
Oke-oriya Ikorodu
Lagos, Nigeria


Sondra Walters
10581 Blockade Drive
Reno, NV 89521-5267

Stanley Convergent Security Solutions
Dept Ch 10651
Palatine, IL 60055-0651

Stephan Fryer
1950 Barndace Lane
Santa Rosa, CA 95407-4548


Stephan Green
3506 S 18th St
Arlington, VA 22204-5103

Stephen Huish
1200 W Avenue Apt 727
Miami Beach, FL 33139-4317

Stephen Keighran
Unit 2 44 Warwick St
Penrith, NSW 02750-0000


Stephen Murphy
200 Raymond Street
Rockville Centre, NY 11570-2544

Stephen Rose
1108 Oak Arbor Trail
Buda, TX 78610-9354

Steve Johnson / The Experience Brand LLC
11515 Homestead Dr
Upper Marlboro, MD 20774-5769


Steve Pressley
561 Birdsong Street
Gilroy, CA 95020-7246

Steven Lyne
1220 Russellville RD
Allensville, KY 42204-9044

Susan Bayerle
2425 Serena Hills Drive
Ramona, CA 92065-3634


TKG Properties, LLC
812 State Street
Bowling Green, KY 42101-2231

Tamas Koreh
Brannerivagen 6, 291 36
Kristianstand, Sweden

Tanoka D Beard
4531 S 250 W
Ogden, UT 84405-5717

Tara Hoffman
2464 95th Way
Coral Springs, FL 33065-4900

Tara Hutto
415 Two Iron Trail
Kennesaw, GA 30144-5032

The Funding Group AllStars, LLC
102 Kassik Circle
Orlando, FL 32824-5824

The JDC Group
6991 S Canyon Pines Circle
Cottonwood Heights, UT 84121-6903

The Vidallo Group
6130 Elton Avenue
Las Vegas, NV 89107-2538

Thomas Equity, LLC
103 Midland Dr
Newnan, GA 30263-5787

Tim Messerley
1855 E Market St
Harrisonburg, VA 22801-5101

Tim Poulos
3355 Adam Ct
El Dorado Hills, CA 95762-7509

Timothy Janisch
3298 N Glassford Hill Rd
Prescott Valley, AZ 86314-1294

Tish Outnit Dyphibane
7984 S Baldy Dr
West Jordan, UT 84088-7852

Tom Kot
Box 1021 Weyburn
Saskatchewan, Canada s4h213

Tom Kristian Naess
Honsveien 73
Asker, Akershus, Norway 01384-0000

Jeffrey L. Trousdale
Cohne Kinghorn
111 E. Broadway, 11th Floor
Salt Lake City, UT 84111-5238

Troy Davis
800C Denow Road
Pennington, NJ 08534-5247

United States Trustee
Washington Federal Bank Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Ventress Taylor
1921 Hopkins Road Apt F
Richmond, VA 23224-6334

Vincent Correa
39930 Whitewood Rd Apt. E103
Murrieta, CA 92563-5584

Wales Williams Jr.
136 B Marketplace Circle #191
Calera, AL 35040-8208

Wendy Dayton
16041 E Radcliff Place Apt B
Aurora, CO 80015-6311

Will Williams
11023 Meridian Ave S
Everett, WA 98208-8206

Yvonne Tregrellis Macfarlane
1/31 Pinker Cresent
Maida Vale, Australia WA 6053

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)(U) Anthony Brown
AV Sanchez Lozano, 151, 03191
Torre de la Horadada
RETURN TO SENDER / UNABLE TO FORWARD

(u)(U) FiberTek Hosting. LLC
MAIL RETURNED
UNABLE TO FORWARD

(u)(U) Franklin B Parsons
10218 Greenwood St
RETURN TO SENDER / UNABLE TO FORWARD

(u)(U) George Baracos
415 Hwy 70 Eat
RETURN TO SENDER / UNABLE TO FORWARD

(u)(U) Heather Cowan
1601, 1001-8 St N.W., Airdire
MAIL RETURNED / UNABLE TO FORWARD

(u)(U) Janine Morton
PO Box 269
RETURN TO SENDER / UNABLE TO FORWARD

(u)(U) John Darden III
800 W Broad Street #646
RETURN TO SENDER / UNABLE TO FORWARD

(u)(U) John I Legge
630 N 1600 E
RETURN TO SENDER / UNABLE TO FORWARD

(u)(U) Kim Jakobsen
Vistotvej 59B
RETURN TO SENDER / UNABLE TO FORWARD

(u)(U) Lil Arbogaast
335 W 88th Street
RETURN TO SENDER / UNABLE TO FORWARD

(u)(U) Louise Edge
1100 Meredith Ln Apt 8310
RETURN TO SENDER / UNABLE TO FORWARD

(u)(U) Makenzie Legge
630 N 1600 E
RETURN TO SENDER / UNABLE TO FORWARD

(u)(U) Markus Sulk
Brynje 105, 831 91
RETURNED MAIL

(u)(U) Mayank Raiyani
B-104 Jacaranda Flats
Opp. Navrachna University
RETURN TO SENDER / UNABLE TO FORWARD

(u)(U) Maynak Raiyani
b-104, Jacaranda Flats
Opp. Navrachan University
RETURN TO SENDER / UNABLE TO FORWARD

(u)(U) Michael Mon Lin Shih
3426 Pritchard Pl
RETURN TO SENDER / UNABLE TO FORWARD

(u)(U) Michael Shih
3426 Pritchard Place
RETURN TO SENDER / UNABLE TO FORWARD

(u)(U) Nathan Hobusch
4803 20th St W, Space 80
RETURN TO SENDER / UNABLE TO FORWARD

(u)(U) Paul Andrews
27 Wyatt Road
RETURN TO SENDER / UNABLE TO FORWARD

(u)(U) Synergy Solutions International LLC
5431 W Copper Needle Way
RETURN TO SENDER / UNABLE TO FORWARD

(u)(U) Todd Ashmore
3990 Bacon Ave
RETURN TO SENDER / UNABLE TO FORWARD

(u)(U)Lance Leguire
500 SE Tribble St
RETURN TO SENDER / UNABLE TO FORWARD

(u)(u) Brandon Boyd
MAIL RETURNED
UNABLE TO FOWARD

(u)(u) Itechnnova Group LLC
MAIL RETURNED
UNABLE TO FOWARD

(u)(u) James Anderson
MAIL RETURNED
UNABLE TO FORWARD

(u)(u) Jouilani Tapu
MAIL RETURNED
UNABLE TO FORWARD

(u)(u) Justin Bachmann
446 Herald Harbor Rd.
MAIL RETURNED -- 99999

(u)(u) Leah Ongley
106 Overlook Drive
RETURN TO SENDER / UNABLE TO FORWARD

(u)(u) Mark Calder
MAIL RETURNED
UNABLE TO FORWARD

(u)(u) Michael Mejia
MAIL RETURNED
UNABLE TO FORWARD

(u)(u) Nieko Tischler
MAIL RETURNED
UNABLE TO FOWARD

(u)(u) Ric Hutchens
RETURNED
UNABLE TO FORWARD

(u)(u) Roger Curwin
RETURNED
UNABLE TO FORWARD

(u)(u) Saida Hajieva
RETURNED
UNABLE TO FORWARD

(u)Alan Rees
MAIL RETURNED
UNABLE TO FORWARD

(u)Albert M Merrills

(u)Arthur van Oosten
34 Capital Dr Warwick
Warwick QLD, AU 04370

(u)Asif Khan
101 Vernon Street
Nelson, Lancashire BB9 9DE

(u)Ava Blige
2347 Ramsgate Dr
MAIL RETURNED -- 99999

(u)Belinda Jameson
26 Trafalger Road
MAIL RETURNED -- 99999

(u)Benjamin W Nero Jr
129 Richards Ave
MAIL RETURNED - 99999

(u)Beyond Rox 25 Pty LTD
Level 2. 7-11 3972
Pacific Hwy
Laoganholme, Qld 04129-0000

(u)Bradley Parker
32 Olivet Oaks Rd
MAIL RETURNED -- 99999

(u)Brett Butler

(u)Ceasar Marroquin
21618 Golden Triangle Rd #201
MAIL RETURNED -- 99999

(u)Chad Hershey
1807 S Washington #110
MAIL RETURNED - 99999

(u)Cheryl Cummins
370 Winding River Cir
MAIL RETURNED -- 99999

(u)Chris Brown
129 Livingstone Road
Gillingham, Kent, England ME7 2EL

(u)Chuck Mchenry

(u)Clare Maloney
2 Wensley Close
Twyford, Berkshire RG10 9HR

(u)Colleen Schaefgen

(u)Colton Farnsworth
735 E 950 S Building B #440

(u)Columbia Speed Systems
PO Box 855
MAIL RETURNED -- 99999

(u)Conrad Davis
9734 Tapestry Park Circle Apt 360
MAIL RETURNED -- 99999

(u)Corey Hunt

(u)Crypto Technologies, LLC
360-466 West 4800 North
MAIL RETURNED -- 99999

(u)Dan Matar
2217 Tulip Street
MAIL RETURNED -- 99999

(u)Daniel Morgan

(u)Dave Ireland
8005 Evandean Circle
MAILED RETURNED -- 99999

(u)David Hodgson
8 Beckhill Grove
Leeds West Yorkshire LS7 2RX

(u)Diamond Investments LLC

(u)Diane Ireland
8005 Evandean Circle
MAIL RETURNED -- 99999

(u)Donald Smith
182 Little River Road
Berwick

(u)Dorsey & Whitney LLP
5252 Edgwood Drive
RETURNED MAIL--99999

(u)Dwayne Noble

(u)Dylan Potter
7089 Forestview Dr
MAIL RETURNED -- 99999

(u)Edelyne Cedor
8130 Casey Court
MAIL RETURNED - 99999

(u)Edelyne Cedor
8755 Hayshed Lane
MAIL RETURNED -- 99999

(u)Esnet Riverwood Properties, L.C.
5255 N Edgwood Dr. Ste 200
MAIL RETURNED -- 99999

(u)Gbenga Aladesanmi
No 60, Zone 71, Strt 488 Kharatiyat Spor

(u)Gerald Smith
1455 Smith St
Portland, OR

(u)Global Resource Broker, Inc.
9100 S Dadeland Blvd, Ste 1500
MAIL RETURNED -- 99999

(u)Graham Porter
73 Mallings Drive
Bearsted, Kent, UK Mel 4 4hb

(u)Grant Bourne
24 Carmans Close Loose
ME15 0DR

(u)Grant Gifford
182 Barlow Drive
MAIL RETURNED -- 99999

(u)Gulay Guzelee

(u)James Rosen
24 Central Ave
MAIL RETURNED -- 99999

(u)Janet Muller
2218 Bender Rd
MAIL RETURNED -- 99999

(u)Jason Johnson
RETURNED MAIL
UNDELIVERABLE
UNABLE TO FORWARD

(u)Jason Jones

(d)Jason Scott Rudolph
2535 North 40th Ave.
Hollywood, FL 33021-3005

(u)Jason Underhill

(u)Jaycien Lindstedt
3961 Floyd Rd. Ste 300-365
MAIL RETURNED -- 99999

(u)Jim Crawford
20111 Alta Vista Dr
MAIL RETURNED -- 99999

(u)Jim Pfeffer
26939 Carmel Falls Ln
MAIL RETURNED -- 99999

(u)John Smith

(u)Joseph and Greg Tucker
200 E Las Olas Lbvd,
RETURNED MAIL--99999

(u)Judy Leone

(u)Kam Kohler

(u)Karri Hull
301-167 Carnegie Ave
MAIL RETURNED -- 99999

(u)Kate Newby
1a St Mary's Road
Wrotham Village
Tonbridge, Kent TN15 7AL

(u)Keith Witten
86 Heaton Road
Canterbury, Kent CT13QA

(u)Kenny Britt

(u)Kevin Marino

(u)Kirstie Mackenzie
146 Poynder Drive
Snodland ME65SF

(u)Kyle Weiss
1834 McKinley St

(u)Lance Anderson

(u)Leo Skorobatsch
1054 Nettlebed Ct

(u)Margaret Joan Smith
1a St Mary's Road
Wrotham Village
Tonbridge, Kent TN15 7AL

(u)Martin Fitzsimmons
Ivelawh Cottage
10a Sandy Lane
Charlton Kings GL53 9BZ

(u)Martin Richards
22 Braeburn Way Kings Hill
Kent ME194EP

(u)Mary McLoone
195 Lakeside Tr
MAIL RETURNED -- 99999

(u)Melody Thurman

(u)Michael Graham

(u)Michael Lucas
537 E Washington
MAIL RETURNED -- 99999

(u)Michael Muller
Slade Barn
Foxfield, Petersfield
Hampshire GU32 1EB

(u)Mina Mitchell

(u)Mountain America Credit Union

(u)Mountain American Credit Union

(u)Nolan Detlefson
505 W 100 S Apt 360
MAIL RETURNED -- 99999

(u)Nolan Detlson

(u)Oscar Aceves
21618 Golden Triangle Rd #201
MAIL RETURNED -- 99999

(u)Paul Oliver
3 Woodland View
Buck Street
Challock, Kent TN254AR

(u)Peter Ohanyan
4 Rose Ct
WMAIL RETURNED -- 99999

(u)Phillip Fletcher
16 Birtwhistle St
GT Harwood

(u)Ralae White

(u)Randy Rodriguez

(u)Raymond Winders

(u)Regina Schaumkel

(u)Rocky Mountain Advisory, LLC

(u)Ryan Quintana
8414 Orion Ave. #145
MAIL RETURNED -- 99999

(u)Samuel Bethea

(u)Scott Donohue

(u)Sharon James
36 Linden Avenue
Orrell Wigan WN5 8RY

(u)Shaun Aleah Crawford
20111 Alta Vista Dr
MAIL RETURNED -- 99999

(u)Sondra Walters
151 7th Street South Unit 260
MAIL RETURNED -- 99999

(u)Sterling Kerr

(u)Steve Avery
9680 W Olive Ave 115
MAIL RETURNED -- 99999

(u)Steve Goudy
The Dog House, Bucklesham Road
Foxhall, Ispwhich, Suffolk IP10 0AA

(u)Susan Anderson
24 Slipstream Rd
Coomera Waters

(u)Susana Bonadea
843 Hiawatha PL S Apt 407
MAIL RETURNED -- 99999

(u)Tausinga Hafoka

(u)Thomas Jaeger
24123 Peachland Blvd C-4452
MAIL RETURNED -- 99999

(u)Todd Tope
1936 Grand ave
IA

(u)Top Shot Academy attn Veronica Dinger
5132 W Beach Comber Way
MAIL RETURNED -- 99999

(u)Travis Bott

(u)Trusha Ajay Nathwani
62 Tilbury Crescent
Leicester le4 9hh

(u)Ultimate Mining Machine
201 E 5th Street Ste 1200
MAILED RETURNED -- 99999

(u)Vance Bognar

(u)Vernon Hill

(u)Wes Garner
69 Caemawr Road
Swansea SA6 7EA

(u)Willis Aldrich

(u)Zoya Maslak

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 350 |
| Bypassed recipients | 143 |
| Total | 493 |